

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00185-CV

DORIS PHILLIPS                                          APPELLANT

V.

ACCREDITED HOME LENDERS,          APPELLEES
INC., HSBC BANK USA, AS
TRUSTEE FOR HOME EQUITY
LOAN TRUST SERIES ACE 2005-
HE7, HSBC MORTGAGE
SERVICES, MORTGAGE
ELECTRONIC REGISTRATION
SERVICE & CODILIST &
STAWIARSKI, P.C., AS TRUSTEE

------------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On September 7, 2012, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution

---

[1]*See* Tex. R. App. P. 47.4.

unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  September 27, 2012